UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
United States of America,

                        Plaintiff,

-against-

                                               Case No. 7:08-mj-5195

Kenneth Wanamaker

                        Defendant.
-----------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                         SO ORDERED.

                                                         Hon. Martin R. Goldberg
                                                         United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York